UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN DAMON PATTERSON, <br> Plaintiff, <br> v. <br> THOMAS ZEWERT, et al., <br> Defendants. | Case No. 17-cv-06914-RS (PR) <br><br> **ORDER REOPENING ACTION** |

This federal civil rights action was dismissed because plaintiff failed to file a complete application to proceed *in forma pauperis* ("IFP") or pay the filing fee. Plaintiff since has filed a complete IFP application. Accordingly, his motion to reopen is GRANTED. (Dkt. Nos. 13 and 14.) The action is REOPENED and the Clerk is directed to modify the docket to reflect this. The judgment and the order of dismissal are VACATED. (Dkt. Nos. 11 and 12.)

Plaintiff's motion for an order directing his jailors to submit IFP documents to this Court is DENIED as unnecessary because plaintiff has filed a complete IFP application. (Dkt. No. 15.) The complaint will be reviewed in a separate order. The Clerk shall terminate Dkt. Nos. 13, 14, and 15.

**IT IS SO ORDERED.**

**Dated:** March 15, 2018

RICHARD SEEBORG
United States District Judge