UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BRYAN DAMON PATTERSON,

    Plaintiff,

    v.

THOMAS ZEWERT, et al.,

    Defendants.

Case No. 17-cv-06914-RS (PR)

**ORDER REOPENING ACTION;**

**ORDER DIRECTING DEFENDANTS TO REFILE DISPOSITIVE MOTION**

This federal civil rights action was dismissed on grounds that plaintiff could not proceed as a pauper because he had at least three "strikes" within the meaning of 28 U.S.C. § 1915(g). (Dkt. No. 59.) The Ninth Circuit disagreed with the Court's decision and remanded the action. (Dkt. No. 63.) Accordingly, this action is REOPENED. The Clerk shall modify the docket to reflect this. Plaintiff shall continue to proceed as a pauper in this action.

The Court directs defendants to refile their motion for summary judgment, with whatever revisions are appropriate, on or before **February 3, 2020**. (Dkt. No. 50.) Plaintiff's opposition to the dispositive motion shall be filed within 45 days after the motion is filed. Defendants' reply shall be filed within 15 days after the opposition has been filed.

**IT IS SO ORDERED.**

**Dated:** October 31, 2019

_____
RICHARD SEEBORG
United States District Judge