1
2
3
4

UNITED STATES DISTRICT COURT

5

NORTHERN DISTRICT OF CALIFORNIA

6
7   BRYAN DAMON PATTERSON,

Plaintiff,

8
9   v.
10  THOMAS ZEWERT, et al.,

Defendants.

11

Case No. 17-cv-06914-RS (PR)

**ORDER REOPENING ACTION AND
DISSOLVING STAY;**

**ORDER OF DISMISSAL**

12
13          This action was stayed for purposes of settlement.  (Dkt. No. 89.)  The matter has
14  settled.  (Dkt. No. 118.)  The stay is DISSOLVED and the action is REOPENED.  The
15  Clerk shall modify the docket to reflect that this action is reopened.
16          Pursuant to the parties' stipulation to voluntary dismissal with prejudice, this action
17  is DISMISSED WITH PREJUDICE.  *See* Fed. R. Civ. P. 41(a)(1)(A)(ii).  (Dkt. No. 120.)
18          All pending motions are DENIED as moot.  The Clerk shall terminate all pending
19  motions, enter judgment accordingly, and close the file.
20          **IT IS SO ORDERED.**
21  **Dated:** April 17, 2023
22
23                                              RICHARD SEEBORG
                                           Chief United States District Judge
24
25
26
27
28

United States District Court
Northern District of California